986

No. 800. FORTSON, SECRETARY OF STATE OF GEORGIA v. MORRIS ET AL. Appeal from D. C. N. D. Ga. Motion of *Reuben A. Garland* for leave to intervene denied. [For earlier order herein, see, *ante*, p. 955.]

No. 576, Misc. CLEMONS v. WILSON, WARDEN;
No. 888, Misc. KLINES v. SCHNECKLOTH;
No. 891, Misc. TUCKER v. FIELD, MENS COLONY SUPERINTENDENT; and
No. 894, Misc. WILLIAMS v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 395. LOVING ET UX. v. VIRGINIA. Appeal from Sup. Ct. App. Va. *Bernard S. Cohen* for appellants. *Robert Y. Button,* Attorney General of Virginia, and *Kenneth C. Patty* and *R. D. McIlwaine III,* Assistant Attorneys General, for appellee.

No. 592. BAKER ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Allen M. Mesirow* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 651. HOWARD v. ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL. C. A. 8th Cir. Certiorari denied. *Robert L. Carter, Barbara A. Morris* and *Frank D. Reeves* for petitioner.